IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| AUGUSTINE PACHECO and VICKI HANSEN, for themselves and others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>Defendant. | Case No. 17-cv-5048-SRN-HB<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Joint Stipulation of Dismissal filed on October 23, 2019 (Doc. No. 62), Joint Notice of Settlement and Motion to Stay (Doc. No. 56), the Order granting the Motion to Stay (Doc. No. 58), and the Supreme Court having denied Plaintiffs' petition for a writ of certiorari (Doc. No. 61),

**IT IS HEREBY ORDERED** that all claims in the above-captioned case are **DISMISSED WITH PREJUDICE**, and without costs or attorneys' fees to any of the parties to this action.

Dated: _____, 2019    By: _____
                                     The Honorable Susan Richard Nelson
                                     United States District Court Judge