## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Augustine Pacheco and Vicki Hansen, for themselves and others similarly situated, | Case No. 17-CV-5048 (SRN/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| Honeywell International, Inc., | |
| Defendant. | |

Pursuant to the parties' Joint Stipulation of Dismissal filed on October 23, 2019 [Doc. No. 62], Joint Notice of Settlement and Motion to Stay [Doc. No. 56], the Order granting the Motion to Stay [Doc. No. 58], and the Supreme Court having denied Plaintiffs' petition for a writ of certiorari [Doc. No. 61],

IT IS HEREBY ORDERED that all claims in the above-captioned case are DISMISSED WITH PREJUDICE, and without costs or attorneys' fees to any of the parties to this action.

Dated: October 23, 2019

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Court
